904 A.2d 857

**J & J LUXURY TRANSPORTATION, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 883 MAL 2004.**

Supreme Court of Pennsylvania.

July 26, 2006.

## ORDER

PER CURIAM.

AND NOW, this 26th day of July, 2006, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Commonwealth Court is VACATED, and the matter is remanded to that court for re-consideration in light of *Danielle Viktor, Ltd. v. Department of Labor and Industry,* 892 A.2d 781 (Pa.2005).